**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KEVIN RUSSELL**                                                                                      **PLAINTIFF**

**v.**                                                                                      **No. 4:04CV144-P-A**

**DR. JOHN BEARRY, ET AL.**                                                              **DEFENDANTS**

<u>**ORDER**</u>

This matter comes before the court on the plaintiff's second motion for a temporary restraining order or preliminary injunction seeking to direct the Mississippi Department of Corrections to treat the plaintiff's various medical conditions. The court denied the plaintiff's first such motion May 23, 2005. For the reasons set forth in that order, the instant motion for a temporary restraining order or preliminary injunction is hereby **DENIED.**

**SO ORDERED,** this the 5th day of May, 2006.

<u>/s/ W. Allen Pepper, Jr.</u>
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE