IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KEVIN RUSSELL                                                                                       PLAINTIFF

v.                                                                                           No. 4:04CV144-P-A

DR. JOHN BEARRY, ET AL.                                                                        DEFENDANTS

## ORDER DENYING PLAINTIFF'S
## MOTION TO COMPEL

This matter comes before the court on the plaintiff's January 31, 2007, motion to compel the defendants to turn over various documents to the plaintiff. The plaintiff seeks copies of the transcripts of the *Spears* hearing and the hearing on a motion for temporary restraining order. He also seeks a copy of a videotape of an assault allegedly perpetrated by COI Jimmy Griham. The court denied previous requests for these items in its order entered January 11, 2007. For the reasons set forth in its previous order, the instant motion is hereby **DENIED.**

**SO ORDERED,** this the 7th day of February, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE