IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KEVIN RUSSELL (# K3887)**                                                               **PLAINTIFF**

**v.**                          **No. 4:04CV144-P-A**

**DR. JOHN BEARRY, ET AL.**                                          **DEFENDANTS**

## ORDER DENYING MOTION [114] TO AMEND WITNESS LIST, DENYING MOTION [116] FOR AFFIDAVITS, DEPOSITIONS, AND INTERROGATORIES, DENYING MOTION [117] FOR RELIEF FROM JUDGMENT

This matter comes before the court on the *pro se* prisoner plaintiff's motion [114] to amend his witness list, motion [116] for affidavits, depositions, and interrogatories, and motion [117] for relief from judgment. For the reasons set forth below, these motions shall be denied.

As the court has dismissed the instant case, the plaintiff's motions [114], [116] to amend his witness list for trial and to seek additional evidence with which to rebut the summary judgment evidence in this case are hereby **DENIED.**

In addition, the plaintiff has moved [117] for the court to alter or amend its judgment in this case under FED. R. CIV. P. 59(e). He has not addressed the court's reasons for dismissing the instant case. Instead, he has reiterated the claims in his complaint. As such, the instant motion [117] to alter or amend judgment is hereby **DENIED.**

**SO ORDERED,** this the 27th day of March, 2007.

                                           /s/ W. Allen Pepper, Jr.
                                           W. ALLEN PEPPER, JR.
                                           UNITED STATES DISTRICT JUDGE